UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

---------------------------------------------------------x
JAMES BLEDSOE,
an individual,

        Plaintiff,

vs.

SHREVE CITY DELAWARE 12, LLC
and RICOCHET RIDER, INC. d/b/a
WHAT'S ON TAP?

        Defendant.
---------------------------------------------------------x

CASE NO.: 5:16-cv-1239-SMH-MLH

Judge: S. Maurice Hicks

Magistrate Judge: Mark L. Hornsby

## JUDGMENT

Having been advised that the parties have resolved Plaintiff's claims against defendants,

IT IS HEREBY ORDERED that all claims asserted by Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE,** with each party to bear their own costs and attorneys' fees, subject to this Court retaining jurisdiction to enforce the terms of the settlement agreement. See Fed. R. Civ. P. 41(a)(2); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

SHREVEPORT, LOUISIANA, this __31st__ day of __October__, 2017.



_____
JUDGE